921747

CHAPTER 13 TRUSTEE

UNITED STATES BANKRUPTCY COURT
500 POYDRAS ST
STE B-601
NEW ORLEANS, LA 70130

Feb 22, 2007          $6,396.40

Payments found to be undeliverable, detailed on
the attached listing, for deposit into the registry
of the court.

On 17 Various Chapter 13 Cases

---

**CHAPTER 13 TRUSTEE**
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

**FIRST AMERICAN BANK & TRUST**
METAIRIE, LA 70005
84-242/654

921747

VOID UNLESS PRESENTED WITHIN 90 DAYS

DATE                AMOUNT

February 22, 2007        **************$6,396.40

Six and 40/100 Dollars

OURT

*(signature)* Beaulieu Jr
AUTHORIZED SIGNATURE

⑆540 24 23⑆: 690 272 3⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 221723    - KW
* * C O P Y * *
March 08, 2007
12:07:44

TREASURY REGFUND
Debtor.: 17 VARIOUS CHAPTER 13'S
Amount.:              $6,396.40 CH
Check#.: 921747

Total-> $6,396.40

FROM: BEAULIEU

```
Date: Thu Feb 22, 2007        REGISTRY CHECK #921747                    Page: 1
Time: 2:33 PM                                                           User: JOHN

Case No  Last            First              Amount  Payee (If blank, debtor is payee)

0210991  KIRTON          REGINALD            81.50  CITY ATTORNEY OFFICE
         KIRTON          SANDRA                     CITY OF NEW ORLEANS STE 5E03
         4519 CHURCHILL CR                          1300 PERDIDO ST
         MONROE LA            71203                 NEW ORLEANS LA       70112

0213381  EDWARDS         ANGELINA C       1,160.68  Due Debtor
         5833 LAFAYE ST
         NEW ORLEANS LA       70122

0215179  SIMMONS         OTIS                 2.36  Due Debtor
         625 V E WASHINGTON ST
         LAKE CHARLES LA      70601

0218557  REDDICK JR      CLARENCE W         386.87  FAIRBANKS CAPITAL CORP
                                                    STE 910
         112 MAPLE CT                               6716 GRADE LN
         BRIDGE CITY    LA    70094                 LOUISVILLE KY        40213

0218927  HINTON SR       JIMMIE C            87.14  CIRCUIT CITY/FNANB
                                                    1ST N AMERICAN NATIONAL BANK
         PO BOX 26158                               PO BOX 42370
         NEW ORLEANS LA       70186                 RICHMOND VA          23242

0310211  DAVIS           ROBERT PAUL         44.70  Due Debtor
         DAVIS           DONNA KOHLES
         810 LAWRENCE DR
         GRETNA LA            70056

0311292  FAVORITE SR     MELKILE D          156.38  LIBERTY BANK & TRUST
         FAVORITE        MARY BANKS                 STE 101
         2750 HIGHWAY 90 W                          7166 CROWDER BLVD
         WESTWEGO LA          70094                 NEW ORLEANS LA       70127

0314292  BALL            GILBERT LANCE       48.40  Due Debtor
         BALL            ANITRA WILLIAMS
         5865 SAN FELIPE ST
         HOUSTON TX           77057

0314900  JEFFERSON       EVONE                1.99  Due Debtor
         JEFFERSON       GILDA D
         19428 FIG ST
         VACHERIE LA          70090

0316856  LAPEYROUSE      TODD                86.91  MOBILETEL
         LAPEYROUSE      MICHELLE                   ATTN: COLLECTIONS
         8620 PARK AVE                              PO BOX 1090
         HOUMA LA             70363                 LAROSE LA            70373

0317709  FRANKLIN JR     GEORGE GLOVER      337.52  Due Debtor
         2526 ACACIA ST
         NEW ORLEANS LA       70122

0318571  FREEMAN         GLORIA              26.43  Due Debtor
         2474 MENDEZ ST
         NEW ORLEANS LA       70122

0319338  HARVEY          ROBERT LEE         410.12  Due Debtor
         FRY             TERESA ANN
         500 CANAL ST
         NEW ORLEANS LA       70130

0417031  HEBRARD         LEON             1,856.24  Due Debtor
         HEBRARD         JOANNE R
         9031 BUNKER HILL RD
         NEW ORLEANS LA       70127

                                         4,687.24
```

**CHAPTER 13 TRUSTEE**

921747

UNITED STATES BANKRUPTCY COURT
500 POYDRAS ST
STE B-601
NEW ORLEANS, LA 70130

Feb 22, 2007

$6,396.40

Payments found to be undeliverable, detailed on
the attached listing, for deposit into the registry
of the court.

*On 17 Various Chapter 13 Cases*

**CHAPTER 13 TRUSTEE**
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

**FIRST AMERICAN BANK & TRUST**
METAIRIE, LA 70005
84-242/654

921747

VOID UNLESS PRESENTED WITHIN 90 DAYS

DATE              AMOUNT

February 22, 2007     **************$6,396.40

Six and 40/100 Dollars

OURT

*SJBeaulieu Jr*
AUTHORIZED SIGNATURE

⑆654024231⑆ 690 272 3⑈

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 221723    - KW
* * C O P Y * *
March 08, 2007
12:07:44

**TREASURY REGFUND**
Debtor.: 17 VARIOUS CHAPTER 13'S
Amount.:          $6,396.40 CH
Check#.: 921747

Total-> $6,396.40

FROM: BEAULIEU

| Date: Thu Feb 22, 2007 | | REGISTRY CHECK #921747 | | Page: 1 |
|---|---|---|---|---|
| Time: 2:33 PM | | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0210991 | KIRTON<br>KIRTON<br>4519 CHURCHILL CR<br>MONROE LA    71203 | REGINALD<br>SANDRA | 81.50 | CITY ATTORNEY OFFICE<br>CITY OF NEW ORLEANS STE 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA    70112 |
| 0213381 | EDWARDS<br>5833 LAFAYE ST<br>NEW ORLEANS LA    70122 | ANGELINA C | 1,160.68 | *Due Debtor* |
| 0215179 | SIMMONS<br>625 V E WASHINGTON ST<br>LAKE CHARLES LA    70601 | OTIS | 2.36 | *Due Debtor* |
| 0218557 | REDDICK JR<br>112 MAPLE CT<br>BRIDGE CITY    LA    70094 | CLARENCE W | 386.87 | FAIRBANKS CAPITAL CORP<br>STE 910<br>6716 GRADE LN<br>LOUISVILLE KY    40213 |
| 0218927 | HINTON SR<br>PO BOX 26158<br>NEW ORLEANS LA    70186 | JIMMIE C | 87.14 | CIRCUIT CITY/FNANB<br>1ST N AMERICAN NATIONAL BANK<br>PO BOX 42370<br>RICHMOND VA    23242 |
| 0310211 | DAVIS<br>DAVIS<br>810 LAWRENCE DR<br>GRETNA LA    70056 | ROBERT PAUL<br>DONNA KOHLES | 44.70 | *Due Debtor* |
| 0311292 | FAVORITE SR<br>FAVORITE<br>2750 HIGHWAY 90 W<br>WESTWEGO LA    70094 | MELKILE D<br>MARY BANKS | 156.38 | LIBERTY BANK & TRUST<br>STE 101<br>7166 CROWDER BLVD<br>NEW ORLEANS LA    70127 |
| 0314292 | BALL<br>BALL<br>5865 SAN FELIPE ST<br>HOUSTON TX    77057 | GILBERT LANCE<br>ANITRA WILLIAMS | 48.40 | *Due Debtor* |
| 0314900 | JEFFERSON<br>JEFFERSON<br>19428 FIG ST<br>VACHERIE LA    70090 | EVONE<br>GILDA D | 1.99 | *Due Debtor* |
| 0316856 | LAPEYROUSE<br>LAPEYROUSE<br>8620 PARK AVE<br>HOUMA LA    70363 | TODD<br>MICHELLE | 86.91 | MOBILETEL<br>ATTN: COLLECTIONS<br>PO BOX 1090<br>LAROSE LA    70373 |
| 0317709 | FRANKLIN JR<br>2526 ACACIA ST<br>NEW ORLEANS LA    70122 | GEORGE GLOVER | 337.52 | *Due Debtor* |
| 0318571 | FREEMAN<br>2474 MENDEZ ST<br>NEW ORLEANS LA    70122 | GLORIA | 26.43 | *Due Debtor* |
| 0319338 | HARVEY<br>FRY<br>500 CANAL ST<br>NEW ORLEANS LA    70130 | ROBERT LEE<br>TERESA ANN | 410.12 | *Due Debtor* |
| 0417031 | HEBRARD<br>HEBRARD<br>9031 BUNKER HILL RD<br>NEW ORLEANS LA    70127 | LEON<br>JOANNE R | 1,856.24 | *Due Debtor* |

                                        4,687.24

| Date: Thu Feb 22, 2007 | | REGISTRY CHECK #921747 | | Page: 2 |
| --- | --- | --- | --- | --- |
| Time: 2:33 PM | | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
| --- | --- | --- | --- | --- |
| 0510074 | WILLIAMS | MARGARET SMITH | 30.67 | Due Debtor |
| | PO BOX 418 INDEPENDENCE LA 70443 | | | |
| 0515122 | TINSON | AVANETT | 180.67 | Due Debtor |
| | 28211 S BARNSIDE AVE GONZALES LA 20737 | | | |
| 0515396 | SWEATT | JAY T | 1,497.82 | Due Debtor |
| | 1900 TUPELO ST NEW ORLEANS LA 70117 | | | |

*17 Chapter 13 Cases = $1,709.16 + 4687.24 = $6396.40*

```
Date: Thu Feb 22, 2007            REGISTRY CHECK #921747                    Page: 3
Time: 2:33 PM                   R e p o r t   T o t a l s                   User: JOHN

Case No Last            First               Amount Payee (If blank, debtor is payee)

                              Totals     6,396.40

                              Hi         1,856.24
                              Lo             1.99
                              Average      376.26
```

Processing Statistics
17 out of 1061589 Payment Record(s) Printed