| | | |
|---|---|---|
| CHAPTER 13 TRUSTEE | | 921772 |

UNITED STATES BANKRUPTCY COURT
500 POYDRAS ST
STE B-601
NEW ORLEANS, LA 70130

Apr 20, 2007     $4,122.44

Payments found to be undeliverable, detailed on the attached listing, for deposit into the registry of the court.

**CHAPTER 13 TRUSTEE**
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

**FIRST AMERICAN BANK & TRUST**
METAIRIE, LA 70005
84-242/654

921772

VOID UNLESS PRESENTED WITHIN 90 DAYS

| DATE | AMOUNT |
|---|---|
| April 20, 2007 | ****************$4,122.44 |

wo and 44/100 Dollars

URT

*Beaulieu Jr*
AUTHORIZED SIGNATURE

⑈540 2423⑈: 690 272 3⑈"

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 222003     - RW
* * C O P Y * *
April 25, 2007
15:32:59

TREASURY REGFUND
Debtor.: 15 VARIOUS CH 13'S
Amount.:      $4,122.44 CH
Check#.: 921772

Total->   $4,122.44

FROM: BEAULIEU

*$4122⁴⁴ Deposited to 15 Various Chapt 13 Cases for Treasury 6047L Acct.*

| Date: Fri Apr 20, 2007 | | REGISTRY CHECK #921772 | | Page: 1 |
| Time: 3:25 PM | | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0113767 | HENRY | DENISE H | 180.98 | CASH TO YOU |
| | | | | STE 207 |
| | 1974 LAW ST | | | 3801 CANAL ST |
| | NEW ORLEANS LA    70119 | | | NEW ORLEANS LA    70119 |
| 0117494 | EMILIEN | ALBERT J | 196.47 | LIBERTY BANK |
| | 6906 LYNKATE LN | | | 1950 ST BERNARD AVE |
| | HOUSTON TX    77083 | | | NEW ORLEANS LA    70116 |
| 0213112 | CASTILLANOS | AGNES | 34.86 | |
| | 4202 ASTER ST | | | |
| | NEW ORLEANS LA    70122 | | | |
| 0310599 | MCGINNIS | RONALD | 20.76 | KIRSCHMAN'S |
| | MCGINNIS | MELISSA | | |
| | PO BOX 1752 | | | 6750 SIEGEN LN |
| | KENNER LA    70063 | | | BATON ROUGE LA    70809 |
| 0314875 | WARREN | BIENVIL BENFUS | 4.76 | ANESTHESIA EAST INC |
| | WARREN | CAROL ANN | | C/O P&L COLLECTIONS |
| | NEW ORLEANS LA | | | 9830 LAKE FOREST BLVD   STE 11 |
| | 70122 | | | NEW ORLEANS LA    70127 |
| 0317693 | JAMES | ERIC | 93.37 | |
| | 10221 DEER PARK BLVD | | | |
| | NEW ORLEANS LA    70127 | | | |
| 0317695 | STEPHENS | STEPHANIE H | 19.94 | |
| | 56 RICHELLE ST | | | |
| | WAGGAMAN LA    70094 | | | |
| 0317709 | FRANKLIN JR | GEORGE GLOVER | 168.76 | |
| | 2526 ACACIA ST | | | |
| | NEW ORLEANS LA    70122 | | | |
| 0318553 | WUST | PEGGY JOYCE | 500.00 | |
| | 434 RIVERWIND DR | | | |
| | PEARL MS    39208 | | | |
| 0415600 | COLLINGTON | HORACE | 85.65 | |
| | COLLINGTON | LINDA DORSEY | | |
| | 2347 DOUGLAS ST | | | |
| | AUSTIN TX    78741 | | | |
| 0415650 | MANN | DOUGLAS MILTON | 91.80 | |
| | PO BOX 1466 | | | |
| | PARADIS LA    70080 | | | |
| 0510035 | STERLING | JOHN HENRY | .04 | CITY OF KENNER |
| | STERLING | SHEILA DENISE | | |
| | 3521 TULANE DR | | | 1801 WILLIAMS BLVD |
| | KENNER LA    70065 | | | KENNER LA    70062 |
| 0512491 | MCGEE | CHARLOTTE | 2,657.29 | PD USDC CK# 455051 3/18/10 |
| | 1900 GROOM RD N 20 | | | |
| | BAKER LA    70714 | | | |
| 0514612 | ROBIN | ROY S | 7.07 | HIBERNIA NATIONAL BANK |
| | ROBIN | MELISSA L | | |
| | 885 SOMMERVILLE LOOP | | | PO BOX 2093 |
| | HARRISBURG OR    97446 | | | DENHAM SPRINGS LA    70727 |

4,061.75

| Date: Fri Apr 20, 2007 Time: 3:25 PM | | REGISTRY CHECK #921772 | | Page: 2 User: JOHN |
|---|---|---|---|---|
| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
| 0515122 | TINSON | AVANETT | 60.69 | |
| | 28211 S BARNSIDE AVE GONZALES LA   20737 | | | |
| | | | 60.69 | |

15 CASES                               Total $4122.44

```
Date: Fri Apr 20, 2007         REGISTRY CHECK #921772              Page: 3
Time: 3:25 PM                  R e p o r t   T o t a l s          User: JOHN
```

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| | | Totals | 4,122.44 | |
| | | Hi | 2,657.29 | |
| | | Lo | .04 | |
| | | Average | 274.83 | |

Processing Statistics
15 out of 1084114 Payment Record(s) Printed